1  BENJAMIN B. WAGNER
   United States Attorney
2  KIMBERLY A. SANCHEZ
   Assistant U.S. Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, California 93721
4  Telephone: (559) 497-4000

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 1:12-CR-00216-AWI-BAM |
| Plaintiff, | PRELIMINARY ORDER OF FORFEITURE |
| v. | |
| JOSE VENEGAS, | |
| Defendant. | |

Based upon the entry of plea entered by defendant Jose Venegas, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

1. Pursuant to 18 U.S.C. § 924(d), and 28 U.S.C. § 2461(c), defendant Jose Venegas' interest in the following property shall be condemned and forfeited to the United States of America, to be disposed of according to law:

   a. Taurus, model PT92, 9mm semi-automatic pistol and all ammunition seized in this case.

2. The above-listed asset constitutes a firearm and ammunition involved in or used in a knowing violation of 18 U.S.C. § 922(g)(9).

3. Pursuant to Rule 32.2(b), the Attorney General (or a designee) shall be authorized to seize the above-listed property.

1  The aforementioned property shall be seized and held by the United
2  States Marshals Service and/or the Bureau of Alcohol, Tobacco,
3  Firearms and Explosives in its secure custody and control.
4      4.   a. Pursuant to 28 U.S.C. § 2461(c), incorporating 21 U.S.C.
5  § 853(n), and Local Rule 171, the United States shall publish notice
6  of the order of forfeiture.  Notice of this Order and notice of the
7  Attorney General's (or a designee's) intent to dispose of the
8  property in such manner as the Attorney General may direct shall be
9  posted for at least 30 consecutive days on the official internet
10 government forfeiture site www.forfeiture.gov.  The United States may
11 also, to the extent practicable, provide direct written notice to any
12 person known to have alleged an interest in the property that is the
13 subject of the order of forfeiture as a substitute for published
14 notice as to those persons so notified.
15      b. This notice shall state that any person, other than the
16 defendant, asserting a legal interest in the above-listed property,
17 must file a petition with the Court within sixty (60) days from the
18 first day of publication of the Notice of Forfeiture posted on the
19 official government forfeiture site, or within thirty (30) days from
20 receipt of direct written notice, whichever is earlier.
21     5.   If a petition is timely filed, upon adjudication of all
22 third-party interests, if any, this Court will enter a Final Order of
23 Forfeiture pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), in
24 which all interests will be addressed.

IT IS SO ORDERED.

Dated:   November 18, 2013            _____
                                      SENIOR  DISTRICT  JUDGE